WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwasi Adjei,<br><br>　　　　Petitioner,<br><br>v.<br><br>Jon Gurule,<br><br>　　　　Respondent. | No. CV-17-00105-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) recommending that the Petition in this case be dismissed as moot because Petitioner has been removed from the country is accepted. The Petition in this case is dismissed as moot and the Clerk of the Court shall enter judgment accordingly.

Dated this 11th day of January, 2018.

James A. Teilborg
Senior United States District Judge