# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwasi Adjei,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Jon Gurule,<br><br>　　　　　Respondent. | **NO. CV-17-00105-PHX-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2241 is denied and this action is hereby dismissed as moot.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 12, 2018

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　　Deputy Clerk